1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORDALE BELL, | Case No. 2:14-cv-01237-JCM-GWF |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

This habeas matter under 28 U.S.C. § 2254 comes before the court on motions for extension of time.  Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer (ECF NO. 22) and petitioner's motion for extension of time to file a reply in support of the petition (ECF No. 24) are both **GRANTED** *nunc pro tunc*.

DATED: 7 February 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE